**WALKER DIGITAL, LLC, Plaintiff–Appellant,**

v.

**CAPITAL ONE SERVICES, LLC, Capital One Bank (USA), N.A., and Capital One Financial Corporation, Defendants–Appellees.**

No. 2010–1553.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

Roderick G. Dorman, Hennigan, Bennett & Dorman, LLP, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief were Lawrence M. Hadley, Alan P. Block, Thomas B. Watson and Mieke K. Malmberg.

Charles S. Barquist, Morrison & Foerster, LLP, of Los Angeles, CA, argued for defendants-appellees. With him on the brief were Ryan J. Malloy; and Deanne E. Maynard and John P. Corrado, of Washington, DC.

NEWMAN, BRYSON, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.